# EXHIBIT A

# TRS RECOVERY SERVICES, INC.

# RETURN CHECK FEE DUE

Corporate Offices:
Houston, TX 77056
Telephone:
713-567-0499

**Customer:** Rite Aid
**Amount:** $30.34
**Returned Check Fee:** $25.00

**Date Written:** March 02, 2010
**Check Number:** 289
**Returned:** Non-sufficient funds

**Total Amount Due:** $25.00

**Reference #:** 36100709000750

March 15, 2010

## NOTICE OF RE-DEPOSIT

TeleCheck has purchased the check referenced in this notice, and turned the debt over to its affiliate TRS Recovery Services, Inc., for collection. As a courtesy to you, we have resubmitted this check to your bank for payment. If this check is not returned by your bank, we will update your file in approximately fifteen business days from the postmark of this notice.

**Please note:**
If you have knowledge that this check will not clear your account, then the check amount plus the Returned Check Fee and any applicable state tax is due. If you know the check will clear your account, then only the Returned Check Fee and any applicable state tax is due at this time.

## RETURNED CHECK FEE DUE

If this check clears your account, the returned check fee plus any applicable state tax remains due and payable. TRS Recovery Services will create a paper draft and submit it to your bank to resolve this outstanding amount. We appreciate your cooperation in paying this debt as it will help avoid any further collection activity.

If you would perfer to pay this balance by other means, please contact us at (713) 567-0499.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

See reverse side for important information including the Federal Validation notice, and the enclosed TeleCheck Privacy Statement.

TRS Recovery Department
P.O. Box 4857
Houston, TX 77210-4857

RECR3
09/14/06

---

*Detach and return bottom portion with payment*

Processing Center
PO Box 17380
Denver, CO 80217-0380

**Amount Paid:** $25.00

36100709000750900003034250100002500 9

36100709000750-RECR3-March 15, 2010

LAROCQUE JEAN
122 MILLS RD
KENNEBUNKPORT ME 04046-5704

1886

TRS Recovery Services, Inc.
P.O. Box 60012
City of Industry, CA 91716-0012

CC 29R **Note:** Send PAYMENTS ONLY to the P.O. Box above. Send GENERAL CORRESPONDENCE to the address on the back of this letter. Please do not send cash.

**Validation Notice**

Unless you notify TRS Recovery Services, Inc. within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, TRS Recovery Services, Inc. will assume this debt is valid. If you notify TRS Recovery Services, Inc. in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, TRS Recovery Services, Inc. will obtain verification of the debt and mail you a copy of such verification. If you request TRS Recovery Services, Inc. in writing within 30 days after receiving this notice, TRS Recovery Services, Inc. will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

TRS Recovery Services, Inc. is required under certain state laws to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**For Maine Residents:** This collection agency's hours of operation are 24 hours a day, 7 days a week.

TELECHECK PRIVACY STATEMENT: Protecting consumer privacy is important to TeleCheck Services, Inc. The following provides you with information about TeleCheck Services, Inc.'s collection and use of non-public personal information about consumers.

TeleCheck Services, Inc. collects nonpublic personal information about you from the following sources: (1) information we, or our customers, receive from you on applications or other forms; (2) information about your transactions with us, our customers, our affiliates, or others; (3) information we receive from government records; and (4) information we receive from consumer reporting agencies and financial institutions. The types of information we collect include: (1) application information; (2) identification information; (3) transaction information, and (4) consumer reports. Information gathered from these sources may include data about your credit worthiness, credit history, credit standing, credit capacity, credit scores, character, general reputation, personal characteristics, mode of living and transaction history.

We may disclose the following kinds of nonpublic information about you: (1) information we receive from you on applications or other forms, such as your name, address, social security number, assets and income; (2) information about your transactions with us, our customers, our affiliates, or others, such as your account balance, payment history, nonpayment history, collection history, parties to thee transactions and check, debit, credit and other card usage; and (3) information we receive from a consumer reporting agency, financial institution or others concerning your credit worthiness, credit standing, credit capacity, credit history, and credit scores.

TeleCheck Services, Inc. does not disclose any nonpublic personal information about you or former customers to anyone, except as permitted by law. TeleCheck may disclose nonpublic personal information about you to the following types of third parties: (1) financial service providers (such as banks, credit card companies and brokerage houses); (2) non-financial companies, such as retailers, direct marketers, catalogue companies, airlines and government agencies; and (3) credit reporting agencies. Disclosures by TeleCheck of nonpublic personal information are made in connection with transactions initiated by you, as a consumer, in order to authorize, settle, bill, process, clear, transfer, reconcile or collect amounts charged, debited or otherwise paid.

We may disclose the information we collect, as described above, to companies that process transactions for us. We may also disclose nonpublic personal information about you to other nonaffiliated third parties, as permitted by law.

We restrict access to nonpublic personal information about you to those employees who need to know that information to perform their job duties. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

O1AN9800 - 1 - 04-07-09

Please send GENERAL CORRESPONDENCE to the following address:

TRS RECOVERY SERVICES, INC.
PO BOX 4857
HOUSTON, TX 77210-4857
Telephone: 713-567-0499

O1AO9800 - 1 - 04-07-09