# EXHIBIT B

TeleCheck Services, Inc.
Checkwriter Services
5251 Westheimer (77056-5404)
P. O. Box 4513
Houston, TX 77210-4514



**TELECHECK SERVICES, INC.**
An affiliate of TRS Recovery Services, Inc.
A First Data Company

**TRS RECOVERY SERVICES, INC.**
An affiliate of TeleCheck Services, Inc.

March 24, 2010

Jean LaRocque
122 Mills Rd.
Kennebunkport, ME 04046

Dear Jean LaRocque:

Thank you for your recent inquiry.

The report listed below reflects all negative information currently listed in your file. If you have been declined by TeleCheck, the information contained in this report is, in most cases, the cause of that decline. **In order to; obtain more information about the items listed in your report, obtain a check copy, submit a dispute, or forward a payment, please contact the telephone number listed for each item.**

| T | Ck # | Date | Amt. | Fee(s) | Amt. Due | Reported By | Reference # | Phone # |
|---|------|------|------|--------|----------|-------------|-------------|---------|
| 1 | 289 | 03/02/10 | 30.34 | 25.00 | 25.00 | Rite Aid | 36-100709000750 | 713-567-0499 |

*The check referenced above was returned unpaid from your bank after the initial deposit by the merchant. Upon being assigned to TeleCheck for collection, the check was successfully redeposited. However, the state in which the check was written permits the assessment of a returned check/service fee by your bank, as well as the merchant and/or collection agency responsible for the collection of the check. Therefore, the service fee referenced above is still outstanding, regardless of whether or not the check was deposited to your account a second time.*

**T - Debt Types**                              **Collecting Agent**              **Address**

1 – Returned Check/Electronic Check Debit       TRS Recovery Services, Inc.       PO Box 17380, Denver CO 80217

In regards to your request for the return check fee to be waived, that request will not be honored. TeleCheck does not waive return check fee charges due to bank errors. Please contact your financial institution for waiver or refund of fees.

Please find enclosed the copy of the check image regarding reference number 36-100709000750.

Thank you in advance for your cooperation.

Sincerely,

## TeleCheck Checkwriter Services

FWF
(100820214 MAIL)