# EXHIBIT C

# TRS RECOVERY SERVICES, INC.

**Corporate Offices:**
5251 Westheimer
Houston, TX 77056
Telephone:
713-567-0499

## RETURNED CHECK FEE DUE

| | | | |
|---|---|---|---|
| **Customer:** Rite Aid | | **Date Written:** | March 02, 2010 |
| **Amount:** | $0.00 | **Check Number:** | 289 |
| **Returned Check Fee:** | $25.00 | **Returned:** | Non-sufficient funds |
| | | **Reference #:** | 36100709000750 |
| **Total Amount Due:** | $25.00 | | |

March 26, 2010

### RETURNED CHECK FEE DUE

Currently, our records indicate this item has cleared your account. Unfortunately, we are unable to remove your name from our active collection files because the Returned Check Fee and any applicable state tax has not been paid. TRS Recovery Services will create a paper draft and present it to your bank to resolve this outstanding fee.

**Should you prefer to pay this fee by another method, please call (713) 567-0499.**

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**TRS Recovery Department**
**P.O. Box 4857**
**Houston, TX 77210-4857**

RECT2
04/16/09

---

Detach and return bottom portion with payment

Processing Center
PO Box 17380
Denver, CO 80217-0380

Amount Paid: $25.00 _____

3610070900075090000303425010000025009

36100709000750-RECT2-March 26, 2010

LAROCQUE JEAN
122 MILLS RD
KENNEBUNKPORT ME 04046-5704

902

TRS Recovery Services, Inc.
P.O. Box 60012
City of Industry, CA 91716-0012

Note: Send PAYMENTS ONLY to the P.O. Box above. Send GENERAL CORRESPONDENCE to the address on the back of this letter. Please do not send cash.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

TRS Recovery Services, Inc. is required under certain state laws to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**For Maine Residents:** This collection agency's hours of operation are 24 hours a day, 7 days a week.

TELECHECK PRIVACY STATEMENT: Protecting consumer privacy is important to TeleCheck Services, Inc. The following provides you with information about TeleCheck Services, Inc.'s collection and use of non-public personal information about consumers.

TeleCheck Services, Inc. collects nonpublic personal information about you from the following sources: (1) information we, or our customers, receive from you on applications or other forms; (2) information about your transactions with us, our customers, our affiliates, or others; (3) information we receive from government records; and (4) information we receive from consumer reporting agencies and financial institutions. The types of information we collect include: (1) application information; (2) identification information; (3) transaction information, and (4) consumer reports. Information gathered from these sources may include data about your credit worthiness, credit history, credit standing, credit capacity, credit scores, character, general reputation, personal characteristics, mode of living and transaction history.

We may disclose the following kinds of nonpublic information about you: (1) information we receive from you on applications or other forms, such as your name, address, social security number, assets and income; (2) information about your transactions with us, our customers, our affiliates, or others, such as your account balance, payment history, nonpayment history, collection history, parties to thee transactions and check, debit, credit and other card usage; and (3) information we receive from a consumer reporting agency, financial institution or others concerning your credit worthiness, credit standing, credit capacity, credit history, and credit scores.

TeleCheck Services, Inc. does not disclose any nonpublic personal information about you or former customers to anyone, except as permitted by law. TeleCheck may disclose nonpublic personal information about you to the following types of third parties: (1) financial service providers (such as banks, credit card companies and brokerage houses); (2) non-financial companies, such as retailers, direct marketers, catalogue companies, airlines and government agencies, and (3) credit reporting agencies. Disclosures by TeleCheck of nonpublic personal information are made in connection with transactions initiated by you, as a consumer, in order to authorize, settle, bill, process, clear, transfer, reconcile or collect amounts charged, debited or otherwise paid.

We may disclose the information we collect, as described above, to companies that process transactions for us. We may also disclose nonpublic personal information about you to other nonaffiliated third parties, as permitted by law.

We restrict access to nonpublic personal information about you to those employees who need to know that information to perform their job duties. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

O1AN9800 - 1 - 04-07-09

Please send GENERAL CORRESPONDENCE to the following address:
**TRS RECOVERY SERVICES, INC.**
**PO BOX 4857**
**HOUSTON, TX 77210-4857**
**Telephone: 713-567-0499**

O1AO9800 - 1 - 04-07-09