# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEAN LAROCQUE, by and through her Appointed Power of Attorney, DEIDRE SPANG, on behalf of herself and all others Similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC., and<br>TELECHECK SERVICES, INC.<br><br>Defendants. | CIVIL ACTION<br>Docket No: 2:11-cv-00091-DBH |

## ORDER ON MOTION FOR CLASS CERTIFICATION

AND NOW, this ___ of _____, 2012, upon consideration of Plaintiff's Motion for Class Certification (Dk. No. 43) (Motion), Defendants' opposition thereto (Dk. No. 44), and Plaintiff's reply (Dk. No. 51), and after having heard oral argument by the parties on May 3, 2012, and for the reasons discussed in the Court's Decision on Motion for Class Certification entered July 17, 2012 (Dk. No. 56), it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED in part and DENIED in part.

2. The Motion is GRANTED with respect to Plaintiff's proposed Class 1, for the claims and reasons discussed in the Court's Decision on Motion for Class Certification entered July 17, 2012 (Doc. 56). The Court certifies Class 1 and defines it to include: "All natural persons with an address in the State of Maine to whom Defendant TRS Recovery Services, Inc. sent its initial collection form letter, known as the RECR3 letter, between March 11, 2010 and the present."

1

3. The Motion is GRANTED with respect to Plaintiff's proposed Class 2, for the claim and reasons discussed in the Court's Decision on Motion for Class Certification entered July 17, 2012 (Doc. 56). The Court certifies Class 2 and defines in to include: "All natural persons with an address in the United States and Territories to whom Defendant TRS Recovery Services, Inc. sent its initial collection form letter, known as the RECR3 letter, between March 11, 2010 and the present and from whom one or both Defendants collected in whole or in part, within 30 days the RECR3 letter, the debt or fee referenced in that RECR3 letter."

4. The Motion is DENIED as to Plaintiff's proposed Class 3.

5. The Motion is GRANTED with respect to Plaintiff's proposed Class 4, for the claim and reasons discussed in the Court's Decision on Motion for Class Certification entered July 17, 2012 (Doc. 56). The Court certifies Class 4 and defines in to include: "All natural persons who have paid a returned check fee of $25.00 to at least one of the Defendants by way of a TRS Recovery Services, Inc. draft in connection with an underlying check transaction that occurred in the State of Maine since March 11, 2005."

6. The Court appoints the law firms of Francis & Mailman, P.C. and Lewis Saul & Associates as Class Counsel.

7. The Court appoints the law firms of Francis & Mailman, P.C. and Lewis Saul & Associates as Co-Lead Class Counsel.

8. Co-Lead Class Counsel shall have overall case management and litigation responsibility and shall assume and exercise the following powers and responsibilities in the most efficient manner that benefits the certified Classes:

    a. to make all work assignments in such a manner as to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

   b. to determine and present in pleadings, motions, briefs, oral argument or such other fashion as may be appropriate to the Court and opposing parties, the position of the Plaintiff and Classes as to all matters arising during all pretrial and trial proceedings;

   c. to seek relief, including statutory and actual damages;

   d. to conduct or coordinate discovery on behalf of Plaintiff and the certified Classes consistent with the requirements of the Federal Rules of Civil Procedure;

   e. to sign all papers filed or submitted on behalf of Plaintiff and the certified Classes;

   f. to conduct all pre-trial, trial and post-trial proceedings on behalf of Plaintiff and the certified Classes;

   g. to select, employ, and consult with experts;

   h. to conduct settlement negotiations with Defendants on behalf of Plaintiff and the Classes and to add such additional counsel as Lead Class Counsel may select;

   i. to otherwise coordinate and perform such other duties as Lead Class Counsel deem necessary or as authorized by further order of the Court;

   j. to recommend apportionment and allocation of fees and expenses; and

   k. to have authority over all other matters concerning the prosecution or resolution of the action.

  9. Class Counsel is ORDERED to maintain contemporaneous records of time and costs expended throughout this litigation.

10. No later than _____, 2012, Class Counsel shall deliver to the Court's chambers, under seal, a copy of the fee agreement that they have entered into with Plaintiff, for *in camera* review.

                                        **SO ORDERED.**

                                        _____

                                        **D. BROCK HORNBY**
                                        **UNITED STATES DISTRICT JUDGE**