**EXHIBIT B**

**The United States District Court for the District of Maine authorized this Notice.  This is not a solicitation from a lawyer.**

**Why Are You Receiving This Notice?** This Notice provides you summary information about a lawsuit involving debt collection practices of TRS Recovery Services, Inc. and TeleCheck Services, Inc. ("TRS"). You have been identified as a class member in this lawsuit, which may affect your legal rights., (the "Lawsuit").  THE COURT HAS RECENTLY ENTERED AN ORDER IN THE LAWSUIT THAT MAY AFFECT YOUR LEGAL RIGHTS.

**What is the Lawsuit About?**  Consumers from whom TRS has attempted to collect debt have sued TRS alleging that TRS used improper collection practices and improperly collected returned check fees.  The Defendants deny these allegations.  The Court has not decided if Defendants did anything wrong.

**Who Are The People Involved In The Case?** The Court has allowed the lawsuit to be a class action on behalf of the following consumers:  1) All natural persons with an address in the State of Maine to which Defendant TRS Recovery Services, Inc. sent its RECR3 letter between March 11, 2010 and the present; 2) All natural persons with an address in the United States and territories to which Defendant TRS Recovery Services, Inc. sent its RECR3 letter between March 11, 2010 and the present and from whom one or both Defendants collected funds in any amount within 30 days of the RECR3 letter; and, 3) All natural persons who have paid a returned check fee of $25.00 to at least one of the Defendants by way of a TRS Recovery Services, Inc. draft in connection with an underlying check transaction that occurred in the State of Maine since March 11, 2005.  More detailed information concerning class members' claims is available at www.TRSclassaction.com.

**Is There Money Available Now?**  There is no money available now and no guarantee that there will be.  THE COURT DID NOT RULE ON THE MERITS OF THE PLAINTIFF'S CLAIMS BUT ONLY DETERMINED THAT THE LAWSUIT COULD PROCEED AS A CLASS ACTION.  Money may become available through either a trial or a settlement of the case.

**What Do I Need To Do Now?**  Because your rights are affected, you have a choice to make now:  DO NOTHING: By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement.  However, you give up the right to sue the Defendants separately about the legal claims raised in the lawsuit.  You will be notified if money or other benefits are obtained at trial or through a settlement.  –**OR**— **ASK TO BE EXCLUDED**: If you ask to be excluded, you won't share in money or benefits if they are later awarded.  However, you keep the right to sue Defendants separately about the legal claims raised in the lawsuit.  For instructions regarding exclusion, visit the website below or contact Class Counsel using the contact information below.  It is important to note that the deadline for requesting exclusion is [month 00, 20__].

**Where Can I Get More Information?**  You can obtain a detailed notice about the lawsuit (*LaRocque v. TRS Recovery Services, Inc., et al,* Civil Action No. 11-91), other important court documents and contact information for Counsel representing the Class by visiting www.TRSclassaction.com, or by calling 1-800-___.  You can also contact Class Counsel by writing to*: LaRocque v. TRS Recovery* Class Counsel, 100 S. Broad Street, 19th Floor, Philadelphia, PA 19110.  You may also enter an appearance through an attorney if you so desire.

Class Administrator
*[Administrator Address]*

**[Class Member Name]**
**[Street Address]**
**[City, State, Zip]**