## CERTIFICATE OF SERVICE

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Expand Class to be served via ECF notification upon the following counsel of record:

Donald R. Frederico, Esquire
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
dfrederico@pierceatwood.com

Clifford H. Ruprecht, Esquire
Nolan L. Reichl, Esquire
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
cruprecht@pierceatwood.com
nreichl@pierceatwood.com

*Counsel for Defendants*
*TRS Recovery Services, Inc. and TeleCheck Services, Inc.*

**FRANCIS & MAILMAN, P.C.**

BY:   */s/ John Soumilas*
JOHN SOUMILAS (*pro hac vice*)
Counsel for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Date:  October 15, 2012                         (215) 735-8600