UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEAN LAROCQUE ex rel. DEIDRE J. SPANG, on behalf of herself and all others similarly situated<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES, INC.,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>Docket No: 11-00091-DBH<br><br>CLASS ACTION |

**DECLARATION OF TRISHA DRUMM**

I, Trisha Drumm, declare as follows:

　　　1.　　I am employed as a Process Administrator with First Data Corporation. In that capacity, I regularly design and execute queries to extract information from the computerized collection systems maintained by TRS Recovery Services, Inc. Clinton Schramek is a former co-worker of mine; he is no longer with First Data. I am familiar with Mr. Schramek's work in providing information in response to interrogatories served by the Plaintiffs in the above-captioned matter, and I have personally reviewed the database queries he wrote to obtain that information. I make the statements in this declaration on my own personal knowledge, or, where statements are expressly made on information and belief, I believe them to be true.

　　　2.　　In response to Plaintiffs' interrogatory No. 1, Mr. Schramek ran a query showing that returned-check fees were collected from 22,863 unique bank accounts from

March 11, 2005 to August 5, 2011 in connection with transactions that occurred in Maine. A similar query was run on a nationwide basis in response to Plaintiffs' interrogatory No. 3, but it covered a shorter timeframe: March 11, 2010 to August 5, 2011. In order to provide the Maine information on a comparable basis to the nationwide information, I edited Mr. Schramek's original query for interrogatory No. 1, to change the start date from March 11, 2005 to March 11, 2010. According to TRS's records, returned-check fees were collected from 6,485 unique bank accounts from March 11, 2010 to August 5, 2011 in connection with transactions that occurred in Maine.

3. In response to Plaintiffs' interrogatory No. 7, Mr. Schramek ran a query showing that, for the period March 11, 2010 to August 4, 2011, 748 RECR3 letters were sent to individuals in Maine. Mr. Schramek's query was dependent on a prior query run by our colleague, Brian Sarver. Mr. Sarver provided the number of RECR3 letters sent in Maine during the relevant time period and provided log information on those letters allowing Mr. Schramek to run queries on the associated collection files. Mr. Schramek used queries to filter out many RECR3 letters that, according to TRS's records, appear to involve non-consumer transactions, because the name of the addressee is a business name, or the check used in the underlying transaction was in the form of a corporate check rather than a personal check. I am informed by Mr. Sarver and believe that during the period that 748 RECR3 letters were sent to individuals in Maine, TRS sent a total of 845RECR3 letters to Maine addressees. During the same period, TRS sent a total of 192,294 RECR3 letters to addresses within the United States.

I declare under the penalties of perjury of the United States that the foregoing statements are true and correct to the best of my knowledge and belief as described above.

Dated: October 29, 2012 at Houston, Texas.

                                                                                                   /s/ Trisha Drumm

                                                                                                   Trisha Drumm

**CERTIFICATE OF SERVICE**

I certify that on this day I caused the attached Declaration of Trisha Drumm to be filed with the Clerk of the Court using the Court's CM/ECF system, which will effect service on all registered counsel of record.

Dated:  October 29, 2012.

/s/ Clifford H. Ruprecht

Clifford H. Ruprecht

PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
cruprecht@pierceatwood.com

*Counsel for Defendants TeleCheck Services, Inc. and TRS Recovery Services, Inc.*
